```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )    CR-08-116-LRS
                               )
    vs.                        )    ORDER ON MOTION TO
                               )    MODIFY CONDITIONS OF
TRAVIS E. KRAUSSE,             )    RELEASE
                               )
              Defendant.       )
_____)
```

-- ACTION REQUIRED --
by Mr. Krausse

Before the Court is Defendant's Motion to Modify Release Condition 13 from the Court's Order dated September 18, 2008, to permit travel throughout the State of Washington. Defendant's mother lives in Western Washington and there are several family events scheduled over the next several months. Defendant has entered a plea of guilty to three misdemeanor counts and sentencing is scheduled for July 1, 2009. Defendant has been in compliance of all conditions of pretrial release. Defendant further requests that his motion be expedited as he wishes to travel on March 27, 2009.

**IT IS HEREBY ORDERED,** for good cause shown, that the Defendant's Motions to Modify Release is **GRANTED**. Defendant's motion to expedite is further **GRANTED**. The Court's Order Setting

1  Release Conditions is hereby modified to allow travel in the State
   _provided, however, defendant shall notify pretrial services_
2  of Washington. All other conditions to remain the same.
3       Dated this ___24th___ day of March 2009.

4

5                              _____
                               CYNTHIA IMBROGNO
6                              UNITED STATES MAGISTRATE JUDGE

7

8

9  _prior to all travel outside this District with contact and_
10 _other relevant information as may be required by_
11 _pretrial services._
12           _CJIsmo_

ORDER ON MOTION TO MODIFY
CONDITIONS OF RELEASE                    2