PROB 12C
(7/93)

Report Date:  March 29, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

### for the

## Eastern District of Washington

MAR 3 0 2010

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Travis Eugene Krausse          Case Number:  2:08CR00116-001

Address of Offender:  ‫

Name of Sentencing Judicial Officer:  the Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence:  06/12/2009

| | |
|---|---|
| Original Offense: | Damaging Government Property, 18 U.S.C. § 1361; Threatening and Interfering with a Forest Officer, 36 C.F.R. U.S.C. § 261.3(a); Possession of a Loaded Firearm in a Vehicle, R.C.W. U.S.C. § 77.15.460(a) |
| Original Sentence: | Probation - 24 months     Type of Supervision:  Probation |
| Asst. U.S. Attorney: | Stephanie A. Van Marter     Date Supervision Commenced:  07/01/2009 |
| Defense Attorney: | Kathleen Moran     Date Supervision Expires:  06/30/2011 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On March 10 and 15, 2010, Travis Krausse submitted urine specimens at the Northeast Washington Medical Center that were confirmed positive for cocaine. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Krausse, Travis Eugene**
**March 29, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/29/2010

s/Richard Law

Richard  Law
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3/30/10
Date