PROB 12C
(7/93)

Report Date: August 25, 2010

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 27 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Eugene Krausse          Case Number: 2:08CR00116-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/12/2009

Original Offense:   Damaging Government Property, 18 U.S.C. § 1361; Threatening and Interfering with a Forest Officer, 36 C.F.R. U.S.C. § 261.3(a); Possession of a Loaded Firearm in a Vehicle, R.C.W. U.S.C. § 77.15.460(a)

Original Sentence:   Probation - 24 months          Type of Supervision: Probation

Asst. U.S. Attorney:   Stephanie A. Van Marter      Date Supervision Commenced: 07/01/2009

Defense Attorney:   Kathleen Moran                  Date Supervision Expires: 06/30/2011

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---

1     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 18, 2010, Travis Krausse submitted a urine specimen at North East Washington Medical Group. Said specimen was confirmed positive for cocaine at Alere Toxicology Services on August 24, 2010. The undersigned officer received this information on August 25, 2010.

Case 2:08-cr-00116-LRS   Document 130   Filed 08/27/10

Prob12C
Re: Krausse, Travis Eugene
August 25, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/25/2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/25/10
Date